920

No. 03–1445. REGIER, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN & FAMILIES, ET AL. v. DOES 1–13 ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1446. ROMO v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 03–1447. ROE v. AWARE WOMAN CENTER FOR CHOICE, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1459. OPETUBO v. CITIBANK STUDENT LOAN CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–1460. SAVAGE v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 03–1461. AVERY DENNISON CORP. v. 3M INNOVATIVE PROPERTIES CO. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1463. HOOD v. STATE FARM FIRE & CASUALTY CO. C. A. 9th Cir. Certiorari denied.

No. 03–1464. INFUSION RESOURCES, INC., ET AL. v. MINIMED, INC. C. A. 5th Cir. Certiorari denied.

No. 03–1492. CORAGGIOSO v. ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 03–1501. SOLEM ET AL. v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–1508. GRAVES ET AL., AS PERSONAL REPRESENTATIVES OF THE ESTATE OF AMEDURE, DECEASED v. WARNER BROTHERS ET AL. Sup. Ct. Mich. Certiorari denied.

No. 03–1509. GOLDSBERRY v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–1513. RAY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.